Thursday, March 19, 1998

## DISCIPLINARY DOCKET

**97-1753. Disciplinary Counsel v. Zingarelli.**

Upon consideration of respondent's motion to expedite consideration of motion for stay,

IT IS ORDERED by the court that the motion to expedite consideration of motion for stay be, and hereby is, granted.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.